UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re:                                          :
                                                :           Chapter 7
       Luz Salazar                     :
                                                :           Case No. 08-23565
               Debtors.    :
------------------------------------------------------x

## ORDER DENYING APPLICATION FOR
## RELIEF FROM AUTOMATIC STAY AS MOOT

    On January 21, 2009 an Application for Relief from Automatic Stay Pursuant to 11 U.S.C. Section 362(D)(1) was filed on behalf of Wells Fargo Bank, N.A. ("Movant"). However, the docket reflects that the debtor was issued a discharge, apparently rendering the instant motion moot. Accordingly, it is hereby

    **ORDERED** that Movant's motion for relief from the automatic stay is denied as moot.


Dated: White Plains, NY
       February 24, 2009


                                            /s/ Adlai S. Hardin, Jr.
                                               U.S.B.J.