HEARING DATE: WEDNESDAY, NOVEMBER 25, 2009
TIME OF HEARING: 10:00 A.M.

LINDA TIRELLI
COUNSEL FOR DEBTOR, PENDING COURT APPROVAL
202 MAMARONECK AVEUNE, 3RD FLOOR
WHITE PLAINS, NEW YORK 10601
PH(914) 946-0860

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
| | |
|---|---|
| **IN THE MATTER OF** : | |
| : | **CHAPTER 7** |
| **LUZ SALAZAR,** : | **CASE NO: 08-23565 (RDD)** |
|       **DEBTOR** : | |
| : | **NOTICE OF HEARING** |

-----------------------------------------------------------------X

**NOTICE OF MOTION TO SURRENDER REAL PROPERTY AND TO QUIT-CLAIM PROPERTY TO THE MORTGAGE HOLDER; AND NOTICE OF PROPOSED ORDER; AND NOTICE OF OPPORTUNITY OF HEARING**

    **PLEASE BE ADVISED** that the above-named debtor has filed papers with the United State Bankruptcy Court for the Southern District of New York for approval of a MOTION TO SURRENDER REAL PROPERTY AND TO QUIT-CLAIM PROPERTY TO THE MORTGAGE HOLDER and for an award of sanctions and fees, including a proposed Order. A copy of the debtor's Motion to Surrender Real Property and To Quit Claim Property to the Mortgage Holder, Proposed Order and responsive pleadings are affixed hereto.

    <u>**YOUR RIGHTS MAY BE AFFECTED**</u>. **YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

    **TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested by the debtor in his motion, or if you want the Court to consider your views on the motion and proposed Order then on or before November 5, 2009**,** you or your attorney must do three (3) things:

    1.    **File with the court a written response if you desire to file one at:**

        United States Bankruptcy Court
        Southern District of New York
        300 Quarropas Avenue
        White Plains, NY 10601

    If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

    2.    **On or before the date stated above for written responses, you must also mail or fax a copy of your written request to:**

Linda M. Tirelli, Esq.
202 Mamaroneck Avenue
3rd Floor
White Plains, NY 10601

and to:

Jeffrey Sapir, Assigned Chapter 7 Trustee
399 Knollwood Rd.
Suite 102
White Plains, NY 10603

and to:

United States Department of Justice
Office of United States Trustee
Attn. Attorney Greg Zipes, UST
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

3. **Attend the hearing scheduled for Wednesday, November 25, 2009 at 10:00 a.m. in Courtroom Number 610 at the United States Bankruptcy Court located at One Bowling Green, New York, NY 10004.**

If you or your attorney do not take these steps, **A HEARING WILL NOT BE HELD**, and the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order grating that relief.

Dated this the 16th day of October, 2009.

\_\_\_/S/ Linda M. Tirelli_____
**Linda M. Tirelli**
**Law Offices of Linda M. Tirelli**
**202 Mamaroneck Avenue, 3rd Floor**
**White Plains, NY 10601**
**Phone: (914)946-0860 / Fax: (914)946-0870**
**Primary Email: WestchesterLegal@aol.com**